## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Cr. No.: 25-cr-26-LM-TSM-01 |
| | ) | |
| **vs.** | ) | |
| | ) | 18 U.S.C. § 1591(a)(1), (b)(1) |
| | ) | 18 U.S.C. § 1594 |
| **ROGER LUCIEN ROY** | ) | 18 U.S.C. § 2422(b) |
| | ) | |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

(Attempted Sex Trafficking of a Minor – 18 U.S.C.§§ 1591(a)(1), (b)(1), and 1594(a))

On or about November 15, 2024, in the District of New Hampshire and elsewhere, the defendant,

**ROGER LUCIEN ROY,**

did knowingly, in and affecting interstate and foreign commerce, attempt to entice, obtain, patronize, and solicit by any means a person who had not yet attained the age of 14 years, to wit: a 12-year-old minor female (MF1), knowing and in reckless disregard of the fact that MF1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and 1594(a).

## COUNT 2

(Enticement of a Minor to Engage in Illicit Sexual Conduct - 18 U.S.C.§ 2422(b))

On or about November 15, 2024, in the District of New Hampshire and elsewhere, the defendant,

**ROGER LUCIEN ROY,**

used a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, including sexual contact with a child under 13 years of age, in violation of NH Rev. Stat. § 632-A:2; and sexual penetration of a child under 16 years of age where the actor is 4 years older than the victim or more, in violation of NH Rev. Stat. § 632-A:3, in violation of Title 18, United States Code, Section 2422(b).

Dated: April 9, 2025

JOHN J. MCCORMACK
Acting United States Attorney

/s/ Matthew Vicinanzo
Matthew Vicinanzo
Assistant U.S. Attorney

TRUE BILL

/s/ Foreperson
Foreperson Grand Jury Foreperson