SEALED DOCUMENT

FILED - USDC -NH
2025 APR 9 PM5:13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:25-cr-26-LM-TSM-01 |
| ) | |
| ROGER LUCIEN ROY ) | |

MOTION TO SEAL AT LEVEL II:
INDICTMENT, ARREST WARRANT,
THIS MOTION, & DOCKET TEXT ENTRIES

The United States of America respectfully moves to seal at Level II the indictment and arrest warrant in this case, this motion, and the corresponding docket text entries until the defendant is taken into custody.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should seal these documents because, based on investigative information, it is unlikely that the defendant is aware that they are the target of a criminal investigation or that they have been indicted. The premature release of these documents may cause the defendant to destroy evidence, flee to avoid arrest, and make apprehending them more difficult and dangerous than it would be otherwise.

The United States expressly excludes from the scope of this motion the distribution of the arrest warrant to and among law enforcement agencies, including the posting of the arrest warrants to law enforcement databases and indices.

*United States v. Roger Lucien Roy*
Motion To Seal Indictment & Arrest Warrant
Page 2 of 2

Respectfully submitted,

JOHN J. MCCORMACK
Acting United States Attorney

Dated: April 9, 2025         By: /s/ Matthew Vicinanzo
                             Matthew Vicinanzo
                             Assistant United States Attorney

Motion:    ☒ Granted    ☐ Denied

_____
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: 4/9/2025