UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:25-cr-26-LM-TSM-01 |
| ) | |
| ROGER LUCIEN ROY ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 9th day of April, 2025.

This 9th day of April, 2025.

JOHN J. MCCORMACK
Acting United States Attorney

By: /s/ Matthew Vicinanzo
    Matthew Vicinanzo
    Assistant U.S. Attorney

WARRANT ISSUED: _____